

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-14-00755-CV

**IN RE** Oscar **BUSTOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

On October 30, 2014, relator filed a motion for stay pending a ruling on his petition for writ of mandamus. Relator's request for temporary relief is GRANTED IN PART. The portions of the trial court's oral ruling issued on October 23, 2014 obligating relator to pay child support and a portion of the amicus attorney's fees are TEMPORARILY STAYED until further order of this court. Because a stay of the portion of the trial court's order obligating relator to pay a portion of the fees associated with supervised visitation with his children might preclude relator's visitation with his children during the pendency of this proceeding, we do not stay that provision at this time.

It is so **ORDERED** on November 6th, 2014.          PER CURIAM

ATTESTED TO: _____
                      Keith E. Hottle
                      Clerk of Court

---

[1] This proceeding arises out of Cause No. 2007CI07181, styled *In the Interest of E.B. and O.S.B. II, Minor Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.